

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re: Midland 1235 Investment Trust; Farah N. Irvin-Matott; and James Lance Irvin,

\* Original Mandamus Proceeding

No. 11-24-00255-CV

\* February 6, 2025

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relators' petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.